JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SANDOVAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:20-cv-03061-SVW-KS<br><br>**JUDGMENT** |

On April 1, 2020, Plaintiff Edward Sandoval ("Plaintiff"), commenced this action to recover long-term disability benefits. (Docket #1). The Parties filed trial briefs on September 21, 2020 and October 29, 2020.

On March 5, 2021, after review of the Parties' trial briefs based on the administrative record, the Court ruled in favor of Defendant Reliance Standard Life Insurance Company ("Defendant"), finding that Defendant properly denied Plaintiff's claim for long-term disability benefits. (Docket # 26).

For the reasons set forth in this Court's order dated March 5, 2021, and pursuant to Rules 54(a) and Rule 58(b)(1)(C) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment on all claims is entered in favor of Defendant.
2. Defendant is awarded its costs as provided by law.

Dated: March 17, 2021

_____
HONORABLE STEPHEN V. WILSON
United States District Judge